ELWELL PALMER, Individually and as Executor and Trustee under the Will of MARJORY C. PALMER, Deceased, et al., Appellants, v. VERN L. FURMAN et al., Constituting the Town Board of the Town of Islip, et al., Respondents.— Plaintiffs appeal from a judgment dismissing the complaint on the merits in an action for a judgment declaring a zoning ordinance of the Town of Islip, as amended, to be unconstitutional and void as to plaintiffs' property and for injunctive relief. Judgment unanimously affirmed, with costs. The amendment to the ordinance, of which appellants complain, changed the zone wherein appellants' unimproved property is located from a Residence "B" zone to a Residence "A" zone, more highly restricted as to area and related requirements. In our opinion the amendment was not arbitrary or unreasonable. (Cf. *Rodgers* v. *Village of Tarrytown,* 302 N. Y. 115.) That there has resulted any depreciation in the value of appellants' property is questionable, but in any event the pecuniary profits of the individual are secondary to the public welfare. (*Shepard* v. *Village of Skaneateles,* 300 N. Y. 115.) Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.

◼

DANIEL A. SHIRK, Respondent, v. BROAD HOLLOW ESTATES, INC., et al., Appellants, et al., Defendants.— In an action for an accounting and to compel specific performance of a written agreement between respondent and appellants, by requiring appellant Broad Hollow Estates, Inc., to convey to respondent an undivided one-tenth interest in certain parcels of real property, the appellants interposed several defenses, one of which pleaded the Statute of Frauds, and four counterclaims. Appellants moved for judgment on the pleadings dismissing the amended complaint for insufficiency and because the contracts sued on are unenforcible under the Statute of Frauds, for judgment on the pleadings for the relief demanded in the first and third counterclaims, on the basis of admissions contained in respondent's reply, and for severance as to the second and fourth counterclaims. The motion was denied. Order affirmed, with $10 costs and disbursements. No opinion. Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur.

◼

ROBERT SKAGGS, JR., an Infant, by ROBERT SKAGGS, His Guardian ad Litem, et al., Appellants, v. M & G CONVOY CO., INC., Respondent, et al., Defendants.— Order, on reargument, adhering to an original decision, which denied plaintiffs' motion for a preference of trial, affirmed, with $10 costs and disbursements. No opinion. Adel, Acting P. J., Wenzel, Schmidt, Beldock and Murphy, JJ., concur.